UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JASON WILLIAM THOMASON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NO. 2:14-0022 |
| ) | JUDGE SHARP |
| JORDAN MARTIN ) | |
| ) | |
| Defendant ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/17/14.

KEITH THROCKMORTON, CLERK
s/Althea F. Straughter, Deputy Clerk